

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEB/LHE
F. #2014R00437

271 Cadman Plaza East
Brooklyn, New York 11201

November 1, 2016

By FedEx & ECF

Peter A. Chavkin, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
666 Third Avenue, 32nd Floor
New York, NY 10018

Elizabeth E. Macedonio, Esq.
Elizabeth E. Macedonio, P.C.
80 Broad Street, Suite 1900
New York, NY 10004

Steven M. Kaplan, Esq.
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, 9th Floor
New York, NY 10017

Alexander B. Spiro, Esq.
Brafman & Associates
767 Third Avenue, 26th Floor
New York, NY 10017

John J. Rapawy, Esq.
The Law Offices of Louis Grandelli
90 Broad Street, 15th Floor
New York, NY 10004

Nelson A. Boxer, Esq.
Petrillo Klein & Boxer LLP
655 3rd Avenue, 22nd Floor
New York, NY 10017

Re: United States v. Jared Mitchell, et al.
Criminal Docket No. 16-234 (BMC)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced matter. This submission supplements the government's earlier disclosures of May 27, 2016 and August 10, 2016. The government again requests reciprocal discovery.

The enclosed encrypted discs consist of the following materials: (i) American Express records for defendant Herschel C. Knippa III ("Knippa") (FRNG-AMEX-000001770–2109); (ii) Equities.com videos involving individuals including Knippa

Defense Counsel
November 1, 2016
Page 2

(FORCEFIELD_000496472–73);[1] (iii) FreedomFest recordings involving individuals including defendant Louis F. Petrossi ("Petrossi") (FORCEFIELD_0496474–81);[2] (iv) New Orleans Investor Conference recordings (FORCEFIELD_0496482–85) involving individuals including Petrossi and Knippa;[3] and (v) e-mails from defendants Christopher F. Castaldo, Petrossi, and Knippa (FRNG-000000001-4), to the extent not previously provided.

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Mark E. Bini
Mark E. Bini
Lauren H. Elbert
Assistant U.S. Attorneys
(718) 254-8761/7577

Enclosures

Cc:   Clerk of Court (BMC) (by ECF) (w/o enclosures)

---

[1] The first Equities.com video, involving Knippa and a female news interviewer, is from December 15, 2014.

[2] Freedom Fest is a conference held in Las Vegas annually, and is typically held in or about the second week of July. The recordings being produced are for the years 2012 through 2015. The recordings are also being produced to counsel without bates stamp with the native file names used by the contracted third party vendor that recorded the conference. The vendor advises the government that the file naming convention they use is that the first two numbers that appear in the name are the last two digits of the year in which the recording was made. For example, a recording with the name "12-104" would be for the year 2012.

[3] The New Orleans Investor Conference recording for Knippa is from on or about October 22, 2014. The New Orleans Investor Conference video files for Petrossi are from on or about October 29, 2015, October 30, 2015, and October 30, 2015.