

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JK:MEB/LHE
F. #2014R00437

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 10, 2017

<u>By ECF and Hand</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Louis Petrossi,
       <u>Criminal Docket No. 16-234 (BMC)</u>

Dear Judge Cogan:

    The government respectfully submits this letter in response to the Order of the Court entered on March 8, 2017, directing the government to respond to the letter filed by the defendant Louis Petrossi on March 7, 2017, ECF No. 167 ("Def.'s Ltr."). In the March 7, 2017 letter, Petrossi requests that the Court direct the government to provide additional disclosures relating to a proposed expert witness that the government anticipates calling to testify at trial, namely, Peter Melley of the Financial Industry Regulatory Authority ("FINRA"). The government disclosed its intention to call Mr. Melley as a witness on February 16, 2017. ECF No. 141.

    The government provided expert disclosure relating to Mr. Melley in an abundance of caution. Since the date of the expert disclosure, Petrossi's two remaining co-defendants have pleaded guilty, and, accordingly, the issues to be presented at trial have

narrowed considerably. As a result, and upon further review, the government believes that Mr. Melley will no longer be called upon to provide opinion testimony and, as a result, no longer intends to qualify him as an expert.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By: /s/ Lauren Howard Elbert
Lauren Howard Elbert
Mark E. Bini
Assistant U.S. Attorneys
(718) 254-7000

cc: Nelson Boxer, Esq. (by ECF)