

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEB/LHE
F. #2014R00437

271 Cadman Plaza East
Brooklyn, New York 11201

March 29, 2017

By FedEx

Nelson Boxer, Esq.
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, New York 10017

      Re:    United States v. Louis F. Petrossi
               Criminal Docket No. 16-234 (BMC)

Dear Mr. Boxer:

      Enclosed are preliminary copies of the government's trial exhibits and 3500 material, along with corresponding lists. The government reserves the right to amend, supplement, or alter these lists, and to withdraw or add exhibits and 3500 material prior to trial.

      The government notes that Exhibits 101, 276, 424-A and 424-B are derived from the back up hard drive that was originally produced to you on March 10, 2017.

      Very truly yours,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:    /s/
      Mark E. Bini
      Lauren Howard Elbert
      Assistant U.S. Attorneys
      (718) 254-7577