

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/LHE
F. #2014R00437

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 14, 2017

By ECF, Overnight Mail and E-mail

Nelson Boxer, Esq.
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, New York 10017

   Re: United States v. Louis F. Petrossi
     Criminal Docket No. 16-234 (S-2) (BMC)

Dear Mr. Boxer:

  Enclosed are copies of three additional trial exhibits (Government Exs. 209, 609 and 610),[1] updated copies of Government Exhibits 255, 373, 374, 391-396, 527,[2] and additional 3500 material from the government, along with corresponding lists of the

---

[1] The government assumes the defendant objects to these three additional trial exhibits based on the defendant's motion of April 13, 2017, ECF No. 219, and will address the three additional exhibits along with the other exhibits already objected to by the defendant by 1:00 p.m. on April 17, 2017. To expedite the defendant's review of these three additional exhibits, the government will e-mail this letter and those exhibits to you.

[2] Updated Government Exhibits 373, 374, 391-396 are substantively identical to the exhibits they replace, but are produced from different Bates ranges. Government Exhibit 255 has two additional pages than the previous version produced. Government Exhibit 527 is substantively identical to the previously produced exhibit, but places the exhibit pages in correct chronological order.

additional material. The government reserves the right to amend, supplement, or alter these lists, and to withdraw or add exhibits and 3500 material prior to trial.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By:    /s/
Mark E. Bini
Lauren Howard Elbert
Assistant U.S. Attorneys
(718) 254-7577

Enclosures
cc:    Clerk of Court (BMC) (by ECF) (w/o enclosure)