UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
-against- :
: 16-CR-234 (BMC)
:
LOUIS F. PETROSSI, :
:
Defendant. :
:
------------------------------------------------------- X

1. On Count 1 (Conspiracy to Commit Securities Fraud), how do you find the defendant LOUIS F. PETROSSI?

    Not Guilty _____     Guilty \_\_✓_____

2. On Count 2 (Conspiracy to Commit Wire Fraud), how do you find the defendant LOUIS F. PETROSSI?

    Not Guilty _____     Guilty \_\_✓_____

3. On Count 3 (Money Laundering Conspiracy), how do you find the defendant LOUIS F. PETROSSI?

    Not Guilty _____     Guilty \_\_✓_____

4. On Count 4 (Securities Fraud), how do you find the defendant LOUIS F. PETROSSI?

    Not Guilty _____     Guilty \_\_✓_____

_____
Jury Foreperson

Dated: Brooklyn, New York
       May 2, 2017